February 24, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF D.B.J., A CHILD

14-14-00285-CV

_____

       This cause, an appeal from the judgment in favor of appellee, Stephen Jones, signed January 31, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellant, Carol Jean Jones, to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.